## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE KATCHUR,**<br><br>    **v.**<br><br>**THOMAS JEFFERSON UNIVERSITY** | **CIVIL ACTION**<br><br>**NO. 18-3421** |

### ORDER RE: MOTION TO DISMISS

**AND NOW**, this 18th day of January, 2018, having considered Defendant's Motion to Dismiss the First Amended Complaint (ECF 9), and the response and reply thereto, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **DENIED** as to the race discrimination claims under Title VI (Count I) and Section 1981 (Count III);

2. Defendant's Motion to Dismiss is **GRANTED**, with prejudice, as to Plaintiff's hostile educational environment claims (Counts I, II, and III);

3. Defendant's Motion is **GRANTED**, with prejudice, as to Plaintiff's sex discrimination claims under Title VI (Count I) and Title IX (Count II);

4. Defendant's Motion is **GRANTED**, without prejudice, and with leave to amend, as to Plaintiff's retaliation claims (Counts I, II, and IV); and

5. Any amendments must be made within fourteen (14) days.

                **BY THE COURT:**

                /s/ Michael M. Baylson
                **MICHAEL M. BAYLSON, U.S.D.J.**